UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ann MacGregor,

Plaintiff,

vs.

Mallinckrodt, Inc. a Delaware Corporation,
Tyco Healthcare Group LP,
A Delaware Limited Partnership operating under the
Assumed name of Tyco Healthcare
Tyco International LTD,
A Bermuda based corporation,
Jerry Mattys, in his individual capacity, and
Hans Stover, in his individual capacity

Defendants.

Case Number: 01-828 (DSD/JMM)

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR RESPOND**

---

The parties to the above-entitled matter, through their respective counsel, hereby stipulate and agree that the Defendants Mallinckrodt, Inc., Jerry Mattys and Hans Stover may have up to and including October 16, 2001, to serve an answer or otherwise respond in this matter and further request the Court to enter an order pursuant to this Stipulation.

Dated: September 25, 2001

HEIKENS LAW FIRM

Steve G. Heikens (#124394)
10 South Fifth Street
700 Lumber Exchange Building
Minneapolis, MN 55402
(612) 305-4384

Dated: September 24, 2001

JACKSON LEWIS SCHNITZLER & KRUPMAN

David J. Duddleston (#139804)
Natalie I. Wyatt-Brown (260757)
150 Fifth Street Tower, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
(612) 341-8131

FILED SEP 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.______
DEPUTY CLERK ______

**ORDER**

It is hereby ordered that Defendants Mallinckrodt, Inc., Jerry Mattys and Hans Stover shall have up to and including October 16, 2001, to answer Plaintiff's Complaint in this matter.

Dated this 26 day of September, 2001.

BY THE COURT:

The Honorable John M. Mason
United States Magistrate Judge