**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Ann MacGregor,

Plaintiff,

vs.

Mallinckrodt, Inc. a Delaware Corporation,
Tyco Healthcare Group LP,
A Delaware Limited Partnership operating under the Assumed name of Tyco Healthcare,
Tyco International LTD,
A Bermuda based corporation,
Jerry Mattys, in his individual capacity, and
Hans Stover, in his individual capacity

Defendants.

Case Number: O1-828 (DSD/JMM)

**STIPULATION FOR ORDER DISMISSING ONE DEFENDANT AND AMENDING CAPTION OF CASE**

---

Based on defendants' representations that Mallinckrodt, Inc., was and remains a separate corporation, with its own financial books and records, has autonomy and sufficient assets and capability to satisfy any judgment that may be entered in this case, and is a proper party defendant, the parties, through their respective counsel, hereby stipulate and request the Court to enter an order dismissing 1) Tyco Healthcare Group, LP, A Delaware Limited Partnership operating under the Assumed name of Tyco Healthcare and 2) Tyco International, Ltd., a Bermuda based corporation, from the case, without prejudice, and ordering the caption of the case to read: "Ann MacGregor, Plaintiff v. Mallinckrodt, Inc., a Delaware Corporation, Jerry Mattys, in his individual capacity, and Hans Stover, in his individual capacity, Defendants."

In the course of discovery, if the Plaintiff determines Tyco Healthcare Group is a necessary Defendant, Defendants will not oppose leave to amend the complaint to add

FILED 9-27-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Tyco Healthcare on the basis of ineffective service or the statute of limitations, beyond any opposition that could have been asserted when the initial Complaints were served.

Dated: September ___, 2001

HEIKENS LAW FIRM

Steve G. Heikens (#124394)
10 South Fifth Street
700 Lumber Exchange Building
Minneapolis, MN SS4O2
(612)305-4384

Dated: September 26, 2001

JACKSON LEWIS SCHNITZLER ~ KRUPMAN

David J. Duddleston (#139804)
Natalie I. Wyatt-Brown (#260757)
150 Fifth Street Tower, Suite 2800
150 South Fifth Street
Minneapolis, MN SS402
(612)341-8131

ORDER

That based upon the foregoing Stipulation, it is so ordered.

Dated this 27th day of September, 2001.

BY THE COURT:

The Honorable David S. Doty
United States Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500