AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

**District of Minnesota**

Ann MacGregor

V.

Mallinckrodt, Inc., a Delaware corporation

## JUDGMENT IN A CIVIL CASE

Case Number: 01-828 DSD/SRN

[x] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Judgment is in favor of the plaintiff and against the defendant Mallinckrodt, Inc. in the amount of $1,000,000.00.

DAVID S. DOTY
United States District Court Judge

March 19, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Shirley Hansen, Deputy Clerk