UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ann MacGregor,

Plaintiff,

vs.

Mallinckrodt, Inc. a Delaware corporation,
Tyco International, a Bermuda based corporation,
Jerry Mattys in his individual capacity,
and Hans Stover in his individual capacity,

Defendants.

Civ. No. 01-CV-828 (DSD/SRN)

**ORDER APPROVING SUPERSEDEAS BOND**

---

The attached supersedeas bond was presented to the Honorable David S. Doty, Judge of the United States District Court, District of Minnesota for approval. Natalie Wyatt-Brown, Esq., Jackson Lewis LLP, appeared on behalf of Defendant Mallinckrodt, Inc.

The supersedeas bond is hereby

APPROVED.

Dated: August 20, 2003

The Honorable David S. Doty
Judge of United States District Court

FILED AUG 20 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

Bond No. 81928980

**SUPERSEDEAS BOND**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Ann MacGregor,
Plaintiff

vs.

Civil No. : 01-828 (DSD/SRN)

Mallinckrodt, Inc., a Delaware corporation, Tyco International, Ltd., a Bermuda based corporation, Jerry Mattys, an individual defendant and Hans Stover, an individual defendant,
Defendants

---

KNOW ALL MEN BY THESE PRESENTS, that we, Mallinckrodt, Inc., a Delaware corporation, Tyco International, Ltd., a Bermuda based corporation, Jerry Mattys, an individual defendant and Hans Stover, an individual defendant, as Principal and Federal Insurance Company, as Surety, are held and firmly bound unto Ann MacGregor, in the penal sum of Six Hundred Fifty Thousand and 00/100 ($650,000.00), lawful money of the United States, to the payment of which well and truly to be made we hereby bind ourselves and our heirs, administrators, successors, and assigns, jointly and severally, firmly by these presents.

WHEREAS, on the 21st day of July, 2003, in an action pending in the United States District Court, District of Minnesota, between Ann MacGregor, as Plaintiff, and Mallincrodt, Inc., a Delaware corporation, Tyco International, Ltd., a Bermuda based corporation, Jerry Mattys, an individual defendant and Hans Stover, an individual defentant as Defendants, judgment was rendered against Defendants, and Defendants having filed a Notice of Appeal from such judgment to the United States District Court, District of Minnesota.

NOW THEREFORE, the condition of this obligation is such that if the Defendants shall perform and satisfy such judgment or order as may be made or rendered by the court, then this obligation shall be void, otherwise to remain in full force and effect.

Signed, sealed and dated this 19th day of August, 2003.

FEDERAL INSURANCE COMPANY

By____________________
Dawn M Godfrey, Attorney-in-Fact

| Chubb Surety | POWER OF ATTORNEY | Federal Insurance Company<br>Vigilant Insurance Company<br>Pacific Indemnity Company | Attn.: Surety Department<br>15 Mountain View Road<br>Warren, NJ 07059 |
|---|---|---|---|

**Know All by These Presents**, That FEDERAL INSURANCE COMPANY, an Indiana corporation, VIGILANT INSURANCE COMPANY, a New York corporation, and PACIFIC INDEMNITY COMPANY, a Wisconsin corporation, do each hereby constitute and appoint Sara Glogower, Dawn M. Codfrey and Jeannette Porrini of Florham Park, New Jersey-----------------

each as their true and lawful Attorney-in-Fact to execute under such designation in their names and to affix their corporate seals to and deliver for and on their behalf as surety thereon or otherwise, bonds and undertakings and other writings obligatory in the nature thereof (other than bail bonds) given or executed in the course of business, and any instruments amending or altering the same, and consents to the modification or alteration of any instrument referred to in said bonds or obligations.

**In Witness Whereof**, said FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY have each executed and attested these presents and affixed their corporate seals on this 28th day of April, 2003.

Kenneth C. Wendel, Assistant Secretary

Frank E. Robertson, Vice President

STATE OF NEW JERSEY }
County of Somerset } ss.

On this 28th day of April, 2003 , before me, a Notary Public of New Jersey, personally came Kenneth C. Wendel, to me known to be Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY, the companies which executed the foregoing Power of Attorney, and the said Kenneth C. Wendel being by me duly sworn, did depose and say that he is Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY and knows the corporate seals thereof, that the seals affixed to the foregoing Power of Attorney are such corporate seals and were thereto affixed by authority of the By-Laws of said Companies; and that he signed said Power of Attorney as Assistant Secretary of said Companies by like authority; and that he is acquainted with Frank E. Robertson, and knows him to be Vice President of said Companies; and that the signature of Frank E. Robertson, subscribed to said Power of Attorney is in the genuine handwriting of Frank E. Robertson, and was thereto subscribed by authority of said By-Laws and in deponent's presence.

Notarial Seal

MARIA D. SCARDIGNO
Notary Public State of New Jersey
No. 2229781
Commission Expires Sept. 25, 2004

Notary Public

**CERTIFICATION**

Extract from the By-Laws of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY:

"All powers of attorney for and on behalf of the Company may and shall be executed in the name and on behalf of the Company, either by the Chairman or the President or a Vice President or an Assistant Vice President, jointly with the Secretary or an Assistant Secretary, under their respective designations. The signature of such officers may be engraved, printed or lithographed. The signature of each of the following officers: Chairman, President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary and the seal of the Company may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such power of attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached."

I, Kenneth C. Wendel, Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY (the "Companies") do hereby certify that

(i) the foregoing extract of the By-Laws of the Companies is true and correct,
(ii) the Companies are duly licensed and authorized to transact surety business in all 50 of the United States of America and the District of Columbia and are authorized by the U. S. Treasury Department; further, Federal and Vigilant are licensed in Puerto Rico and the U. S. Virgin Islands, and Federal is licensed in American Samoa, Guam, and each of the Provinces of Canada except Prince Edward Island; and
(iii) the foregoing Power of Attorney is true, correct and in full force and effect.

Given under my hand and seals of said Companies at Warren, NJ this 19th day of August, 2003.

FEDERAL INSURANCE COMPANY INDIANA — PACIFIC INDEMNITY COMPANY INCORPORATED JAN. 14, 1925 WISCONSIN — VIGILANT INSURANCE COMPANY NEW YORK

Kenneth C. Wendel, Assistant Secretary

IN THE EVENT YOU WISH TO NOTIFY US OF A CLAIM, VERIFY THE AUTHENTICITY OF THIS BOND OR NOTIFY US OF ANY OTHER MATTER, PLEASE CONTACT US AT ADDRESS LISTED ABOVE, OR BY
Telephone (908) 903-3485 Fax (908) 903-3656 e-mail: surety@chubb.com

15-10-0225 (Ed. 4-99) CONSENT

# FEDERAL INSURANCE COMPANY

## STATEMENT OF ASSETS, LIABILITIES AND SURPLUS TO POLICYHOLDERS

Statutory Basis

**DECEMBER 31, 2001**

(in thousands of dollars)

### *ASSETS*

| | |
|---|---|
| Cash and Short Term Investments | $ 286,864 |
| United States Government, State and Municipal Bonds | 6,637,818 |
| Other Bonds | 2,065,714 |
| Stocks | 154,077 |
| Other Invested Assets | 310,479 |
| TOTAL INVESTMENTS | 9,454,952 |
| Investments in Affiliates: | |
| Pacific Indemnity Company | 557,481 |
| Chubb Investment Holdings, Inc. | 408,853 |
| Executive Risk Indemnity Inc. | 321,690 |
| Chubb Insurance Company of Europe | 154,545 |
| Great Northern Insurance Company | 143,531 |
| CC Canada Holdings Ltd. | 81,068 |
| Vigilant Insurance Company | 66,647 |
| Other Affiliates | 315,612 |
| Premiums Receivable | 1,051,587 |
| Other Assets | 864,324 |
| TOTAL ADMITTED ASSETS | $ 13,420,290 |

### *LIABILITIES AND SURPLUS TO POLICYHOLDERS*

| | |
|---|---|
| Outstanding Losses and Loss Expenses | $ 6,847,940 |
| Unearned Premiums | 2,176,526 |
| Reinsurance Premiums Payable | 316,252 |
| Provision for Reinsurance | 120,533 |
| Other Liabilities | 432,719 |
| TOTAL LIABILITIES | 9,893,970 |
| Capital Stock | 20,980 |
| Paid-In Surplus | 1,174,928 |
| Unassigned Funds | 2,330,412 |
| SURPLUS TO POLICYHOLDERS | 3,526,320 |
| TOTAL LIABILITIES AND SURPLUS TO POLICYHOLDERS | $ 13,420,290 |

Investments are valued in accordance with requirements of the National Association of Insurance Commissioners. Investments valued at $36,724 are deposited with government authorities as required by law.

A CORRECT STATEMENT:

[signature]

[redacted] *Attorney-in-Fact*
Dawn M. Godfrey

**This Notice pertains to the following Surety Bond issued by a member insurer of the Chubb Group of Insurance Companies, including Federal Insurance Company, Vigilant Insurance Company and Pacific Indemnity Company.**

**Bond Number:** 81925980

POLICYHOLDER DISCLOSURE NOTICE
TERRORISM RISK INSURANCE ACT OF 2002

You are hereby notified that pursuant to the Terrorism Risk Insurance Act of 2002 (the "Act") effective November 26, 2002, we are making available to you coverage for losses arising out of certain acts of international terrorism. Terrorism is defined as any act certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or the premises of a United States Mission; and to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Coverage for acts of terrorism is already included in the captioned Surety Bond.

You should know that, effective November 26, 2002, any losses caused by acts of terrorism covered by your Surety Bond will be partially reimbursed by the United States under the formula set forth in the Act. Under this formula, the United States of America pays 90% of covered terrorism losses that exceed the statutorily established deductible to be paid by the insurance company providing the coverage. The portion of your premium that is attributable to coverage for such acts of terrorism is zero, because we could not distinguish (and separately charge for) acts of terrorism from other causes of loss when we calculated your premium.

If you have any questions about this notice, please contact your agent or broker.

CHUBB