# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-3166

Ann MacGregor,

Appellee,

v.

Mallinckrodt, Inc., a Delaware Corporation; Tyco International, Ltd., a Bermuda based corporation; Jerry Mattys, an individual defendant; Hans Stover, an individual defendant,

Appellants.

01-cv-828 DSD/SRN

Appeal from the United States District Court for the District of Minnesota.

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

June 30, 2004

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
JUL 26 2004
U.S. DISTRICT COURT MPLS