# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-3166
01-828 DSD/SRN

| | | |
|---|---|---|
| Ann MacGregor, | * | |
| Appellee, | * | |
| vs. | * | Appeal from the United States District Court for the District of Minnesota |
| Mallinckrodt, Inc., etc., et al., | * | |
| Appellants. | * | |

Appellee's motion for attorneys' fees and costs has been considered by the Court and it is hereby ordered that appellee shall recover from appellants a total award of Thirty-Three Thousand Five Hundred Fifty-Eight Dollars ($33,558.00).

October 20, 2004

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
OCT 25 2004
U.S. DISTRICT COURT MPLS

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 20, 2004

Mr. Steve G. Heikens
Suite 700
Lumber Exchange Building
10 S. Fifth Street
Minneapolis, MN 55402

RECEIVED
BY U.S. MAIL
2004 OCT 25 AM 9:26
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

Re: 03-3166 Ann MacGregor vs. Mallinckrodt, Inc

Dear Counsel:

Enclosed is a copy of an order entered today in the above case at the direction of the court.

(5009-010199)

Sincerely,

Michael E. Gans
Clerk of Court

dms
Enclosure

cc: Honorable David S. Doty, U.S. District Judge
David J. Duddleston
Natalie Wyatt-Brown
Mary L. Senkbeil
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 01-828 DSD/SRN